In the Matter of the Accounting of GEORGE S. ALLEN, as Executor of MARIAN E. PERRY, Deceased, Respondent.

LENA MARQUARDT, Appellant.

(Argued January 4, 1932; decided February 9, 1932.)

*Andrew Veleber, Jr.,* for appellant.

*Charles T. Ennis* and *Jesse C. Petteys* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN and O'BRIEN, JJ. Not sitting: KELLOGG and HUBBS, JJ.